**FILED**
2011 APR -6 PM 12:58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. SA11CR0267FB |
| Plaintiff, | ) **INDICTMENT** |
| VS. | ) Counts 1 and 2:18 USC § 2261A(2)(A) Stalking |
| ROBERT LEE CREWS, | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 2261A(2)(A)]

On or about July 22, 2010, in the Western District of Texas and elsewhere, Defendant,

**ROBERT LEE CREWS,**

with the intent to cause substantial emotional distress to a person whose initials are L.G., used a facility of interstate and foreign commerce to engage in a course of conduct that caused substantial emotional distress to L.G., who at the time was a person in another state, in violation of Title 18, United States Code, Section 2261A(2)(A).

<u>COUNT TWO</u>
[18 U.S.C. § 2261A(2)(A)]

On or about July 27, 2010, in the Western District of Texas and elsewhere, Defendant,

**ROBERT LEE CREWS,**

with the intent to cause substantial emotional distress to a person whose initials are L.G., used a facility of interstate and foreign commerce to engage in a course of conduct that caused

substantial emotional distress to L.G., who at the time was a person in another state, in violation of Title 18, United States Code, Section 2261A(2)(A).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA
Assistant United States Attorney